WILLIAM HORWITZ, Director, etc., v. SAMUEL B. MARKS and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH KAUFMANN v. RALPH GARFIEL and Another.— Motion denied and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

AUGUST G. WORMSER v. LOUIS P. GOLDBERG.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARY E. WOLFARTH v. JULIUS WOLFARTH.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MIRIAM G. MILLER v. PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Impleaded with IRVING MILLER and Others.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

KINGDON GOULD and Others, Executors, and Others, v. KINGDON GOULD and Others, Executors, etc., and GEORGE SINCLAIR GOULD and Others.— Motion granted on condition that the record on appeal and appellant's points be filed on or before the 1st day of May, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THOMAS J. RYAN v. THOMAS F. NELSON.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SECOND NATIONAL BANK OF ERIE, PA., v. PERCY A. E. ARMSTRONG.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Another.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM E. REED and Others v. SQUIRE Co., INC., as Attorney, etc., for LIBERTY UNDERWRITERS OF NEW YORK.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Another.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THOMAS CLARK v. REID ICE CREAM CORPORATION.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

BOWERY SAVINGS BANK v. NOSMO REALTY CORPORATION and Others, Impleaded with FREDERICK CONSTRUCTION AND ENGINEERING Co., INC., Appellant, and PHILIP ROTH, Respondent.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

BOULEVARD CLOTHING MANUFACTURING Co., INC., v. PUBLIC FINANCE COMPANY, Impleaded, etc.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SPENCER WATERS v. MARGARET A. HALL, etc.— Motion denied upon condition that no further extension of time to serve and file appellant's points herein be applied for and that the appeal be noticed for argument on April 22, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MUNICIPAL FRUIT & VEGETABLE DISTRIBUTORS, INC., v. CHARLES HIRSCHAUT. — Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.